UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>and THE STATE OF TEXAS §<br>*ex rel.* Slavisa Gasic, §<br>  §<br>         Plaintiff, §<br>  §<br>  v. §<br>  §<br>ONCOLOGY SAN ANTONIO, P.A. §<br>and JAYASREE N. RAO, M.D., §<br>  §<br>         Defendants. § | Civ. A. No. SA:16-cv-1140-XR |

**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1) and the *qui tam* provisions of the False Claims Act, (FCA) 31 U.S.C. §3730(b)(1), and in accordance with the terms and conditions of the March 25, 2024 Settlement Agreement (the "Settlement Agreement") between the United States of America ("United States"), Slavisa Gasic ("Relator"), Oncology San Antonio PA, and Jayasree N. Rao., M.D., ("Defendants") the United States and Relator hereby stipulate to the entry of an order dismissing with prejudice to the United States and Relator the claims in the complaint (Doc. at 1) against the Defendants.

The Government requests that the Relator's Complaint; the United States' prior Notice of Intervention for the Purpose of Settlement and signed Order; this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Joint Stipulation.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

Dated: March 25, 2024

_____
ERIN M. VAN DE WALLE
Assistant United States Attorney
Florida Bar No. 0099871
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7320
Fax: (210) 384-7322

*Attorneys for the United States of America*

_____
ALLAN VAN FLEET
G. Allan Van Fleet, P.C.
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
Tel: (713) 826-1954

*Attorneys for Relator Slavisa Gasic*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS *ex rel.* Slavisa Gasic, <br><br>Plaintiff, <br><br>v. <br><br>ONCOLOGY SAN ANTONIO, P.A. and JAYASREE N. RAO, M.D., <br><br>Defendants. | § § § § § § § § § § § § § Civ. A. No. SA:16-cv-1140-XR |

**[PROPOSED] ORDER**

The United States and Relator, having submitted their Joint Notice of Stipulated Dismissal of this Action pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. 3730(b)(1) and for good cause shown, the Court rules as follows:

IT IS HEREBY ORDRED that,

1. All claims in this action be and hereby are Dismissed with Prejudice to the United States and Relator Slavisa Gasic;

2. The seal be lifted as to the Relator's Complaint, the United States' Notice of Intervention for the Purpose of Settlement and signed Order, and the Notice of Settlement and Joint Stipulation of Dismissal; and

3. The seal be lifted as to all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This _____ day of _____, 2024.

                                                                _____
                                                                HON. XAVIER RODRIGUEZ
                                                                United States District Judge